JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. MARTINEZ; and ANA E. MARTINEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTAR FINANCIAL SERVICES, INC., a California Corporation; and DOES 1-20, <br><br> Defendants. | CASE NO. CV 14-04661 MMM (MRWx) <br><br><br> JUDGMENT |

On October 9, 2014, the court dismissed plaintiff Ana E. Martinez's Truth In Lending Act ("TILA") claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure with leave to amend. On May 12, 2015, the court dismissed plaintiff Ana E. Martinez's TILA claim with prejudice under Rule 41 of the Federal Rules of Civil Procedure for failure to file an amended complaint. In the same order, the court dismissed plaintiff Jose G. Martinez's TILA claim under Rule 12(b)(6) for the reasons stated in the October 9, 2014 order; the court afforded Jose G. Martinez leave to amend. On June 5, 2015, the court issued an order dismissing his TILA calim with prejudice for failure to file an amended complaint. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs' TILA claim be dismissed with prejudice;

2. That plaintiffs' state law claims be dismissed without prejudice to being reasserted in state court;

3. That each party shall bear their own costs and attorneys' fees; and

4. That the action be, and it hereby is, dismissed.

DATED: June 5, 2015

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2